**Ramon Z. MENDOZA, III, Plaintiff—Appellant,**

v.

**Dennis MCCARGER, Senior Librarian, CSP–Sacramento; et al., Defendants—Appellees.**

No. 04–15829.

D.C. No. CV–01–00646–WBS/KJM.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted May 9, 2005.*

Decided May 13, 2005.

Ramon Z. Mendoza, III, PBSP–Pelican Bay State Prison, Crescent City, CA, pro se.

Brahim George Seikaly, AGCA–Office of the California Attorney General, San Diego, CA, for Defendant–Appellee.

Before PREGERSON, CANBY, and THOMAS, Circuit Judges.

### MEMORANDUM**

Ramon Z. Mendoza, III, a California state prisoner, appeals pro se the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that prison officials violated his constitutional right to access the courts. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm.

The district court properly granted summary judgment for defendants because Mendoza failed to raise a genuine issue of material fact as to whether the prison library's mishandling of his legal documents caused his claimed injury. *See Lewis v. Casey*, 518 U.S. 343, 351, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

